UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES ARDOIN** | * | CIVIL ACTION NO. 18-13625 |
| **VERSUS** | * | JUDGE BARRY W. ASHE |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the Joint Motion (R. Doc. 11);

**IT IS ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice, in accordance with the parties' stipulation.

New Orleans, Louisiana, this 27th day of February, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE